IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SYP NORTHWEST, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 3:21-cv-00352-L |
| | § | |
| | § | |
| CERTAIN UNDERWRITERS AT | § | |
| LLOYD'S, LONDON, | § | |
| | § | |
| Defendant. | § | |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW, Plaintiff SYP Northwest, LLC ("Plaintiff"), and Defendant Certain Underwriters of Lloyd's, London (Brit Syndicate 2987) ("Defendant"), and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby dismiss with prejudice all claims and all associated relief requested in such claims filed in this case against Defendant.  All costs of court shall be paid by the party incurring same.

Respectfully Submitted,

*/s/ Kelli L. Walker  (w/permission)*
Preston J. Dugas III
State Bar No. 24050189
preston@pjdlawfirm.com

**PRESTON DUGAS LAW FIRM, PLLC**
1701 River Run, Suite 703
Fort Worth, Texas 76107
817.945.3061
682.219.0761  fax

And

        Vincent P. Circelli, Esq.
        State Bar No. 24058804
        vcircelli@circelliwalterlaw.com
        Kelli L. Walter, Esq.
        State Bar No. 24074576
        kwalter@circelliwalterlaw.com

        **CIRCELLI & WALTER, PLLC**
        Tindall Square Warehouse
        500 E. 4th Street, Suite 250
        Fort Worth, Texas 76102
        (817) 697-4942 telephone
        (817) 697-4944 facsimile

        **ATTORNEYS FOR PLAINTIFF**


        /s/  *Carter L. Ferguson*
        Carter L. Ferguson
        State Bar No. 06909500
        SDTX No. 33538
        cferguson@belaw.com

        BRACKETT & ELLIS,
        A Professional Corporation
        100 Main Street
        Fort Worth, TX  76102
        817.338.1700
        817.870.2265 facsimile

        **ATTORNEYS FOR DEFENDANT CERTAIN UNDERWRITERS AT LLOYD'S, LONDON (BRIT SYNDICATE 2987)**

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of June, 2021, the foregoing *Joint Stipulation of Voluntary Dismissal with Prejudice* was electronically filed with the Clerk of Court using the CM/ECF system which will provide notice of such filing to all counsel of record.

| | |
|---|---|
| Preston J. Dugas III<br>preston@pjdlawfirm.com<br><br>PRESTON DUGAS LAW FIRM, PLLC<br>1701 River Run, Suite 703<br>Fort Worth, Texas 76107<br><br>**And**<br><br>Vincent P. Circelli, Esq.<br>State Bar No. 24058804<br>vcircelli@circelliwalterlaw.com<br>Kelli L. Walter, Esq.<br>State Bar No. 24074576<br>kwalter@circelliwalterlaw.com<br><br>**CIRCELLI & WALTER, PLLC**<br>Tindall Square Warehouse<br>500 E. 4th Street, Suite 250<br>Fort Worth, Texas 76102<br><br>**ATTORNEYS FOR PLAINTIFF** | **Via Electronic Filing** |

DATED this 16th day of June, 2021

                                                  /s/  *Carter L. Ferguson*
                                                  Carter L. Ferguson